# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC COLLINS, | CASE NO. 1:12-cv-01245-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA |
| v. | Doc. 6 |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2012, Plaintiff filed a motion for a subpoena. Doc. 6.

The complaint has yet to be screened; defendants have not been served; and there is no scheduling order in place. *See* First Informational Order, Doc. 3.

Accordingly, Plaintiff's motion for a subpoena is DENIED.

IT IS SO ORDERED.

Dated:   December 17, 2012

UNITED STATES MAGISTRATE JUDGE