UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC COLLINS,<br><br>            Plaintiff,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>            Defendant. | 1:12-cv-01245 DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br>(Document 15)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR MEDICAL RECORDS<br>(Document 15) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2014, Plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted <u>sixty (60) days from the date of service of this order in which to file his amended complaint.</u>

    Plaintiff also indicates that he needs a Court order to compel CDCR to provide him with copies of approximately 2,500 pages of medical records for the period January 1, 2007, through December 30, 2012. Plaintiff states that CDCR will only provide him with a maximum of 50 pages without a Court order.

1

Pursuant to section 3370(c) of Title 15 of the California Code of Regulations, Plaintiff can review his medical records. Although Plaintiff states that he needs copies of approximately 2,500 pages, covering treatment from January 1, 2007, through December 30, 2012, there is no explanation as to why a review of his medical files would not be sufficient at this stage of the proceeding. Although Plaintiff needs to file an amended complaint setting out more details of his medical treatment, Plaintiff does not need to attach any exhibits and copies are therefore unnecessary for that purpose.

To Court also notes that at this stage, there is no operative complaint, and the Court has not determined whether Plaintiff will be able to state a claim. This means that the discovery phase of this litigation is not yet open, and the Court, absent unusual circumstances, will not issue discovery orders directed at third parties.

Accordingly, insofar as Plaintiff requests a Court order to obtain copies of his medical records, his request is denied.

IT IS SO ORDERED.

Dated:   **February 3, 2014**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE