# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC COLLINS, | ) 1:12cv01245 DLB PC |
|         Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| vs. | ) MOTION TO CHANGE CAPTION |
| ROHRDANZ, et al., | ) (Document 17) |
|         Defendants. | ) |

Plaintiff Eric Collins ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 30, 2012. Pursuant to Court order, he filed a Second Amended Complaint on February 7, 2014. The complaint is currently awaiting screening under 28 U.S.C. § 1915A(a). He names Dr. Duenas, R.N. Shortnacy, Dr. Paja, Dr. Igbinosa, Dr. Ahmed, Dr. Grey, Dr. LimJavate, Dr. Chudy and Dr. Rohrdanz as Defendants.[1]

---

[1] On August 27, 2012, Plaintiff consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

Also on February 7, 2014, Plaintiff filed a letter in which he requested that the caption be changed to reflect that Defendant Schwarzenegger is no longer a party to this action. Plaintiff's request is GRANTED.

IT IS SO ORDERED.

Dated:   **February 11, 2014**                           /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE